FILED
2008 May-13 PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL B. FERRARA, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-CV-902-IPJ-HGD |
| | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge entered a report and recommendation on April 23, 2008, recommending that this case be dismissed as moot. No objections have been filed by any party. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that this case is moot as there no longer exists a case or controversy. A Final Judgment will be entered.

DONE this the 13th day of May, 2008.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE